## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| HITACHI ASTEMO AMERICAS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 20-00973 |
| | : | |
| UNITED STATES OF AMERICA; | : | |
| OFFICE OF THE UNITED STATES TRADE | : | |
| REPRESENTATIVE; KATHERINE TAI, | : | |
| ACTING U.S. TRADE REPRESENTATIVE; | : | |
| U.S. CUSTOMS & BORDER PROTECTION; | : | |
| CHRIS MAGNUS, COMMISSIONER OF | : | |
| U.S. CUSTOMS & BORDER PROTECTION: | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

Upon consideration of this consent motion filed by of Plaintiff, Hitachi Astemo Americas, Inc., for Transfer of Interest, and upon consideration of all other papers and proceedings in this action, it is hereby:

ORDERED that the interests of Hitachi Astemo Ohio Manufacturing, Inc., in the action *Hitachi Astemo Ohio Manufacturing, Inc. v. United States et al*, 1:20-cv-02055-3JP, be continued by Hitachi Astemo Americas, Inc. in this action as Plaintiff.

_____
JUDGE

Dated: _____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HITACHI ASTEMO AMERICAS, INC.       : <br>                                                               : <br>                 Plaintiff,   : <br>                              : <br>                 v.             : <br>                             : <br> UNITED STATES OF AMERICA;        : <br> OFFICE OF THE UNITED STATES TRADE  : <br> REPRESENTATIVE; KATHERINE TAI,    : <br> ACTING U.S. TRADE REPRESENTATIVE;  : <br> U.S. CUSTOMS & BORDER PROTECTION;  : <br> CHRIS MAGNUS, COMMISSIONER OF    : <br> U.S. CUSTOMS & BORDER PROTECTION: : <br>                              : <br>                 Defendants. : | Court No. 20-00973 |

## **CONSENT MOTION FOR RULE 25(C) TRANSFER OF INTEREST**

Pursuant to Rule 7(b) and Rule 25(c)(3) of the Rules of this Court, Plaintiff, Hitachi Astemo Americas, Inc. respectfully requests that the Court grant this motion for transfer of interest in the subject litigation from Hitachi Astemo Ohio Manufacturing, Inc. to Hitachi Astemo Americas, Inc. as its subsequent party in interest.

Rule 25(c)(3) of the Rules of this Court provides "[i]f an interest is transferred, the action may be continued by or against the original party, unless the court, on motion, orders the transferee to be substituted in the action[.]"

Plaintiff, Hitachi Astemo Americas, Inc., imports goods that are subject to Section 301 duties from China under List 3 and List 4A and alleges through a summons and complaint filed against the defendants that alleges that the assessment of such duties are illegal and void. This case is currently pending before the court and assigned to the three-judge panel in the action *In Re Section 301 Cases,* 1:21-cv-00052-3JP.

Likewise, Hitachi Astemo Ohio Manufacturing, Inc., Plaintiff in *Hitachi Astemo Ohio Manufacturing, Inc. v. United States et al*, 1:20-cv-02055-3JP, imports goods that are subject to Section 301 duties from China under List 3 and List 4A and alleges through a summons and complaint filed against the defendants that alleges that the assessment of such duties are illegal and void.  That case is also currently pending before the court and assigned to the three-judge panel in the action *In Re Section 301 Cases,* 1:21-cv-00052-3JP.

On or about July 1, 2022, Hitachi Astemo Ohio Manufacturing, Inc. assigned all its interests in this litigation to Hitachi Astemo Americas, Inc.  As a result of that assignment, Hitachi Astemo Americas, Inc. now becomes the real party in interest in this matter and the owner of all rights, responsibilities, and obligations previously held by Hitachi Astemo Ohio Manufacturing, Inc. Hitachi Astemo Americas, Inc. now moves under the Rules of this Court to transfer the interests of Hitachi Astemo Ohio Manufacturing, Inc. in the subject litigation to Hitachi Astemo Americas, Inc.

Pursuant to Rule 7(f) of the Rules of this court, Counsel for Plaintiff has consulted with counsel for the Defendant, Ms. Elizabeth Speck regarding this request.  On October 5, 2022, Ms. Speck expressed Defendant's consent to this request for transfer of the interests of Hitachi Astemo Ohio Manufacturing, Inc. in the subject litigation to Hitachi Astemo Americas, Inc.

Wherefore, Plaintiff respectfully requests this Court to grant this consent motion for a transfer of interest in the subject litigation from Hitachi Astemo Ohio Manufacturing, Inc. to Hitachi Astemo Americas, Inc. as reflected in the proposed order submitted with this motion.

Date:  October 5, 2022                    By: /s/ Jennifer Horvath
                                                     Braumiller Law Group, PLLC
                                                     5220 Spring Valley Rd, Ste. 200
                                                     Dallas, TX 75254
                                                     Main Line:  (214) 348-9306
                                                     Email: Adrienne@braumillerlaw.com

                                                     *Attorneys for Plaintiff, Hitachi Astemo Americas, Inc.*