UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HITACHI ASTEMO AMERICAS, INC., | : |
| **Plaintiff,** | : : : **Court No. 20-00973** |
| v. | : : |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER, | : : : : : : : : : |
| **Defendants.** | : : |

**ORDER**

Upon reading Plaintiff's Motion to Withdraw its Consent Motion for Rule 25(c) Transfer of Interest, and upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that Plaintiff's Motion to withdraw its Consent motion for Rule 25(c) Transfer of Interest, and hereby is granted, and Plaintiff's motion for leave to Transfer of Interest is withdrawn.

_____
JUDGE

Dated: New York, New York

    This _____ day of October, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| HITACHI ASTEMO AMERICAS, INC., | : | |
| **Plaintiff,** | : | **Court No. 20-00973** |
| v. | : | |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER, | : | |
| **Defendants.** | : | |

### Plaintiff's Motion to Withdraw Consent Motion for Rule 25(c) Transfer of Interest

Plaintiff, pursuant to Rule 7, Rules of the United States Court of International Trade, moves this Court for an Order to withdraw its Consent Motion for Rule 25(c) Transfer of Interest. Plaintiff requests for withdrawal of its motion so Plaintiff may amend its complaint and other necessary documents to reflect Plaintiff's merger with Hitachi Astemo Ohio Manufacturing, Inc. Plaintiff will instead move to amend its complaint pursuant to Rule 15 and any other necessary documents once the order for withdrawal has been signed.

WHEREFORE, Plaintiff requests that the Court grant Plaintiff's motion to withdraw its Rule 25(c) motion for interest to transfer.

Date: October 19, 2022

By: _/s/Jennifer Horvath_
Jennifer Horvath
Braumiller Law Group, PLLC
5220 Spring Valley Rd, #200
Dallas, TX 75254
Phone: 214-348-9306
Adrienne@braumillerlaw.com

*Attorneys for Plaintiff, Hitachi Astemo Americas, Inc.*