UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HITACHI ASTEMO AMERICAS, INC.,<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI,<br>U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER,<br><br>**Defendants.** | **Court No. 20-00973** |

## ORDER

Upon reading Plaintiff's Motion to Withdraw its Consent Motion for Rule 25(c) Transfer of Interest, and upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that Plaintiff's Motion to withdraw its Consent motion for Rule 25(c) Transfer of Interest, and hereby is granted, and said motion is hereby withdrawn.

    /S/   Mark A. Barnett for the Panel
    JUDGE

Dated: New York, New York

    This <u>26th</u> day of October, 2022