UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **Hitachi Astemo Americas, Inc.,**<br>　　**Plaintiff,**<br><br>　　　　　　v.<br><br>**United States et al,**<br>　　**Defendant,** | :<br>:<br>:<br>:  **Court No. 1:20-cv-00973**<br>:<br>:<br>:<br>:<br>: |

NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Rule 75(d) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Harold R. Jackson is no longer affiliated with Braumiller Law Group PLLC. This filing serves as notice that Mr. Jackson is removed as an attorney of record in the present matter. Braumiller Law Group PLLC remains lead counsel to Plaintiffs.

Date: December 4, 2023

/s/ Harold R. Jackson
Roberts & Kehagiaras LLP
2339 Commerce St Suite 162
Houston, Texas 77003
hj@tradeandcargo.com